

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUNICE M. TORRANCE, ET AL | * | CIVIL ACTION NO. 00-775 |
| VERSUS | * | SECTION "C" |
| BENGAL CHEMICAL, INC., ET AL | * | MAGISTRATE (3) |

### MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

**NOW INTO COURT**, through undersigned counsel, comes The Hartz Mountain Corporation (hereafter "Hartz"), which pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves for a dismissal on the grounds that the complaint filed by plaintiffs herein fails to state a cause of action against Hartz upon which relief can be granted.

**WHEREFORE**, Hartz prays for a dismissal to this action as to The Hartz Mountain Corporation, with prejudice.

Respectfully Submitted:

**KEOGH, COX & WILSON, LTD.**

_____
**STEPHEN R. WILSON (#9690)**
**STEPHEN M. WHITLOW (#21945)**
701 Main Street (70802)
P. O. Box 1151
Baton Rouge, LA 70821-1151
Ofc: (225) 383-3796
Fax: (225) 343-9612

*Attorneys for The Hartz Mountain Corporation*

999.00-18462 SRW

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a copy of the foregoing on the following counsel of record by placing a copy of same in the U. S. Mail, properly addressed and postage prepaid:

Phillip M. Bradley, Esq.
Bradley & Downing
2151 N. Foster Drive, 2nd Floor
Baton Rouge, LA 70806
*Counsel for Class*

Dan E. West, Esq.
McGlinchey, Stafford, APLC
One American Place, 9th Flr
Baton Rouge, LA 70825
*Counsel for Bengal Chemical, Inc.*

Glenn M. Farnet, Esq.
Kean, Miller, Hawthorne, D'Armond, McCowan and Jarman, L.L.P.
One American Place, 22nd Floor
P. O. Box 3513
Baton Rouge, LA 70821-3513
*Counsel for BASF Corporation*

Elizabeth S. Wheeler, Esq.
King, LeBlanc & Bland, L.L.P.
3800 First NBC Center
201 St. Charles Avenue
New Orleans, LA 70170
*Counsel for C.C.L. Custom Mfg*

Larry M. Roedel, Esq.
Brent J. Bourgeois, Esq.
Roedel, Parsons, Forrester & Koch
8440 Jefferson Hwy, 3rd Floor
Baton Rouge, LA 70809-8754
*Counsel for Delta Distributors, Inc.*

Thomas B. Taylor, Esq.
Taylor & Warren, L.L.P.
700 Two Allen Center
1200 Smith Street
Houston, TX 77002
*Counsel for Delta Distributors, Inc.*

Dwight C. Paulsen, III
Lemle & Kelleher, LLP
601 Poydras Street, 21st Flr
New Orleans, LA 70130-6097
*Counsel for Monsanto Company*

David M. Bienvenu, Jr.
Taylor, Porter, Brooks & Phillips, L.L.P.
P. O. Box 2471
Baton Rouge, LA 70821-2471
*Counsel for The Dow Chemical Company*

Madeline Fischer, Esq.
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100
*Counsel for D-Con and Reckett & Coleman*

Baton Rouge, Louisiana this 13th day of December, 2000.

_____
STEPHEN R. WILSON

999.00-18462 SRW

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUNICE M. TORRANCE, ET AL | * | CIVIL ACTION NO. 00-775 |
| VERSUS | * | SECTION "C" |
| BENGAL CHEMICAL, INC., ET AL | * | MAGISTRATE (3) |

## NOTICE OF HEARING

TO: Eunice M. Torrance, et al
through their attorney of record,
Phillip M. Bradley
2151 N. Foster Drive, 2nd Floor
Baton Rouge, LA 70806

**PLEASE TAKE NOTICE** that The Hartz Mountain Corporation will bring its Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted for hearing before the United States District Court for the Middle District of Louisiana, the Honorable Ralph Tyson presiding, on the 19th day of January, 2001 at 10:00 A.M. at the Russell B. Long Federal Building, 777 Florida Street, Baton Rouge, Louisiana. Pursuant to the Uniform District Rules for the Middle District of Louisiana, no oral argument will be heard on the motion unless ordered by the Court.

This 13th day of December, 2000 at Baton Rouge, Louisiana.

Respectfully Submitted:

KEOGH, COX & WILSON, LTD.

_____
STEPHEN R. WILSON (#9690)
STEPHEN M. WHITLOW (#21945)
701 Main Street (70802)
P. O. Box 1151
Baton Rouge, LA 70821-1151
Ofc: (225) 383-3796
Fax: (225) 343-9612

*Attorneys for The Hartz Mountain Corporation*

999.00-18462 SRW

# CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that I have served a copy of the foregoing on the following counsel of record by placing a copy of same in the U. S. Mail, properly addressed and postage prepaid:

Phillip M. Bradley, Esq.
Bradley & Downing
2151 N. Foster Drive, 2nd Floor
Baton Rouge, LA 70806
*Counsel for Class*

Dan E. West, Esq.
Sam Bacot, Esq.
McGlinchey, Stafford, APLC
One American Place, 9th Flr
Baton Rouge, LA 70825
*Counsel for Bengal Chemical, Inc.*

Glenn M. Farnet, Esq.
William R. D'Armond, Esq.
Kean, Miller, Hawthorne, D'Armond, McCowan and Jarman, L.L.P.
One American Place, 22nd Floor
P. O. Box 3513
Baton Rouge, LA 70821-3513
*Counsel for BASF Corporation*

Elizabeth S. Wheeler, Esq.
Joseph E. LeBlanc, Jr., Esq.
King, LeBlanc & Bland, L.L.P.
3800 First NBC Center
201 St. Charles Avenue
New Orleans, LA 70170
*Counsel for C.C.L. Custom Mfg*

Larry M. Roedel, Esq.
Brent J. Bourgeois, Esq.
Roedel, Parsons, Forrester & Koch
8440 Jefferson Hwy, 3rd Floor
Baton Rouge, LA 70809-8754
*Counsel for Delta Distributors, Inc.*

Thomas B. Taylor, Esq.
Taylor & Warren, L.L.P.
700 Two Allen Center
1200 Smith Street
Houston, TX 77002
*Counsel for Delta Distributors, Inc.*

Dwight C. Paulsen, III
Lemle & Kelleher, LLP
601 Poydras Street, 21st Flr
New Orleans, LA 70130-6097
*Counsel for Monsanto Company*

David M. Bienvenu, Jr.
Taylor, Porter, Brooks & Phillips, L.L.P.
P. O. Box 2471
Baton Rouge, LA 70821-2471
*Counsel for The Dow Chemical Company*

Madeline Fischer, Esq.
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100
*Counsel for D-Con and Reckett & Coleman*

Baton Rouge, Louisiana this 13th day of December, 2000.

**STEPHEN R. WILSON**